429 A.2d 84

Commonwealth v. Parris, Appellant.

 Submitted November
16, 1979. John H. Corbett, Jr., for appellant; Charles W.
Johns, Assistant District Attorney, for Commonwealth, ap-
pellee.

Before CERCONE, P. J., and MONTGOMERY and LI-
PEZ, JJ.

Affirmed.

429 A.2d 85

Commonwealth v. Szypula, Appellant.

 Argued December 3,
1979. Benjamin Paul, for appellant; Eric B. Henson, Assist-
ant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgom-
ery County, Pennsylvania, is sitting by designation.